**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2014-0351, <u>Robert Baker v. President, Kilnwood on Kanasatka Condominium Association, Inc.</u>, the court on February 19, 2015, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, Robert Baker, appeals an order of the Superior Court (<u>Houran</u>, J.) granting summary judgment to the defendant, Enid Burrows, president of Kilnwood on Kanasatka Condominium Association, Inc. (condominium association), on his claim for malicious prosecution. The trial court ruled that: (1) the condominium association, and not the defendant, had instituted <u>Kilnwood on Kanasatka Condo. Unit Assoc. v. Smith</u>, 163 N.H. 751 (2012), one of two prior actions identified in the complaint, <u>see</u> <u>ERG, Inc. v. Barnes</u>, 137 N.H. 186, 190 (1993) (stating elements of malicious prosecution); (2) even if the defendant had instituted <u>Smith</u>, she had probable cause, <u>see</u> <u>id</u>.; and (3) the plaintiff conceded that any relief he seeks in connection with <u>Hilton & Lake Kanasatka Assoc. v. Kilnwood on Kanasatka Condo. Unit Assoc.</u>, No. 212-2010-CV-00297 (Carroll County Super. Ct.), the second action identified in the complaint, depends upon the success of his malicious prosecution claim arising out of <u>Smith</u>. On appeal, the plaintiff raises twenty-five questions challenging the trial court's order. The defendant counters that the reasons articulated by the trial court were correct, that the plaintiff is collaterally estopped from establishing probable cause by the trial court's order denying an award of attorney's fees in <u>Smith</u>, and that the plaintiff cannot, as a matter of law, establish the elements of malicious prosecution with respect to <u>Hilton</u>.

As the appealing party, the plaintiff has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. ___, ___, 103 A.3d 1183, 1186 (2014). Based upon our review of the trial court's well-reasoned order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, and Lynn, JJ., concurred.

**Eileen Fox,**
**Clerk**